JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-10-443 JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER CONTINUING STATUS |
| v. | ) CONFERENCE |
| | ) |
| VI A. LE, et al., | ) Date: January 17, 2012 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: Honorable John A. Mendez |
| | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Vi A. Le, John R. Manning, Esq., counsel for defendant Tony Sek Mun, Douglas J. Beevers, Esq., and counsel for defendant Dong Ping Huang, Olaf W. Hedberg, Esq., that the status conference presently set for November 1, 2011 be **continued to January 17, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

The defendants speak Cantonese and require the services of an interpreter in order to communicate effectively with counsel. The Government has provided counsel for the defendants a preliminary framework intended to serve as the basis of future written plea agreements in this matter. Counsels for the defendants need additional time to meet with the defendants (with the interpreter) in order to review the discovery; investigations reports; and, discuss USSG calculations. Counsel for the defendants believes this continuance is necessary in order to

1

PDF created with pdfFactory trial version www.pdffactory.com

effectively communicate the terms of any proposed settlement; its consequences; and, to answer questions by the defendants on how to proceed.

Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, January 17, 2012.

IT IS SO STIPULATED.

Dated: October 27, 2011 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Vi A. Le

Dated: October 27, 2011 /s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Attorney for Defendant
Tony Sek Mun

Dated: October 27, 2011 /s/ Olaf W. Hedberg
OLAF W. HEDBERG
Attorney for Defendant
Dong Ping Huang

Dated: October 27, 2011 Benjamin B. Wagner
United States Attorney

by: /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>VI A. LE, et al.,<br><br>  Defendants. | No. CR-S-10-0443 JAM<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the November 1, 2011 status conference be continued to January 17, 2012 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to January 17, 2012.

IT IS SO ORDERED.
Dated: 10/28/2011                              /s/ John A. Mendez
                                               John A. Mendez
                                               United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com