JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-443 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS |
| v. | |
| VI A. LE and DONG PING HUANG, | Date: March 12, 2013<br>Time: 9:45 a.m.<br>Judge: Honorable John A. Mendez |
| Defendants. | |

The United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Vi A. Le, John R. Manning, Esq., and counsel for defendant Dong Ping Huang, Olaf W. Hedberg, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on January 29, 2013.

2. By this stipulation, defendants now move to continue the status conference until March 12, 2013 and to exclude time between January 29, 2013 and March 12, 2013 at 9:45 a.m. under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

1

a. Counsel for the defendants need additional time to meet with the defendants (with interpreter) in order to complete their review of the discovery; investigation reports, discussion and analysis of relevant USSG calculations; and, review the plea agreements.

b. This case includes 526 pages of discovery as well as one disc of video.

c. The defendants require the services of a Cantonese interpreter in order to communicate effectively with counsel.

d. This case is one of a series of cases evolving from a lengthy DEA/Elk Grove PD/Sac SO investigation into widespread use of vacant home in the Elk Grove area (and Bay Area) as "grow houses." Many, if not all, of the defendants (and witnesses) in this series of cases speak Cantonese (or another dialect) requiring the use of an interpreter. One of the cases stemming from this investigation, involving multiple defendants (all of whom require Cantonese/Mandarin interpreters) had been set for trial (Hong et al 11-166 MCE) until recently (I am counsel of record for Mr. Ma in 11-166 MCE). Because Hong et al had been sent for trial, both the interpreters and the Agents (who are involved in this case) were unavailable (or, at least, significantly compromised in terms of their availability) for a period of time. Hong et al has largely resolved at this point and it is anticipated the remaining Parties in this matter will be able to resolve any/all remaining issue between now and the date sought herein.

e. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The Government does not object to the continuance.

g. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) and (B)(iv) within which trial must commence, the time period of January 29, 2013 to March 12, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv) corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 23, 2013         /s/  John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Vi A. Le

Dated: January 23, 2013         /s/ Olaf W. Hedberg
                                OLAF W. HEDBERG
                                Attorney for Defendant
                                Dong Ping Huang

///

Dated: January 23, 2013

Benjamin B. Wagner
United States Attorney

by: /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of January, 2013.

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge